On petition for review filed August 16, 1995, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for further consideration August 22, 1996

Ramiro and Margarita RANGEL,
Co-Personal Representatives for the
Estate of Everado Rangel-Jasso, Deceased,
*Petitioners on Review,*

*v.*

DENTON PLASTICS, INC.,
an Oregon Corporation,
Dennis Denton, John Criswell Dickson,
*Respondents on Review.*

(CC C9402-00949; CA A85718; SC S42516)

920 P2d 1098

Kevin L. Cathcart, Beaverton, filed the petition for petitioners on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in the light of *Kilminster v. Day Management Corp.*, 323 Or 618, 919 P2d 474 (1996).

** Fadeley, J., did not participate in the consideration or decision of this case; Unis, J., retired June 30, 1996, and did not participate in this decision.